UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-60746

HIGHLAND PARK PLASTIC SURGERY
CENTER, L.L.C., a Texas limited liability company,

    Plaintiff,

v.

JADE HOLDINGS GROUP, LLC; JADE TODAY;
JADE HOLDINGS GROUP, LLC d/b/a STRAX
REJUVENATION; SRAI, INC. f/k/a STRAX
REJUVENATION AND AESTHETICS INSTITUTE,
LLC f/k/a STRAX REJUVENATION AND
AESTHETICS INSTITUTE, INC.; COSMETIC
SURGERY ASSOCIATES OF BOCA LLC d/b/a
NEW LOOK BOCA; BOCA RATON SURGERY,
CENTER LLC d/b/a BOCA RATON
SURGERY CENTER; ALBERT AUER;
JEFFERY A. DAVIS; PHILLIP M. FEANNY;
MICHAEL GARNICK

    Defendant.
_____/

## DISMISSAL WITHOUT PREJUDICE

Pursuant to this Court's November 2, 2016 Order [DE 41] and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Highland Park Plastic Surgery Center, L.L.C. and Defendants, Jade Holdings Group, LLC, Jade Holdings Group, LLC d/b/a Strax Rejuvenation, Cosmetic Surgery Associates of Boca LLC d/b/a New Look Boca, Boca Raton Surgery Center LLC d/b/a Boca Raton Surgery Center, Albert Auer and Jeffry A. Davis (each a "Party" and collectively the "Parties") hereby notify the Court that they have reached a settlement in this matter and stipulate to the dismissal of the instant action without prejudice.

{00082363.1 : 11/16/2016 09:05 AM }

Each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 17, 2016                                        Respectfully submitted,

s/ Brian M. Taillon/                                            s/ Steven I. Peretz/
Edward F. McHale (FBN 190300)                                   Steven I. Peretz (FBN 329037)
Brian M. Taillon (FBN 678635)                                   Josh E. Saltz (FBN 70521)
Andrew D. Lockton (FBN 115519)                                  PERETZ CHESAL & HERRMANN, P.L.
McHALE & SLAVIN, P.A.                                           2 S. Biscayne Boulevard, Suite 3700
2855 PGA Boulevard                                              Miami, Florida 33131
Palm Beach Gardens, Florida 33410                               Telephone:   (305) 341-3000
Telephone:   (561) 625-6575                                     Facsimile:   (305) 371-6807
Facsimile:   (561) 625-6572                                     E-mail:      speretz@pch-iplaw.com
E-mail:      litigation@mchaleslavin.com                                     jsaltz@pch-iplaw.com

Gregory F. Wesner WSBA #30241                                   *Attorneys for Defendants*
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone:   (206) 223-7000
Facsimile:   (206) 223-7107
E-mail:      WesnerG@LanePowell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November, 2016, a true and complete copy of the foregoing document has been served via CM/ECF to defense counsel of record shown below.

| | |
|---|---|
| Edward F. McHale<br>Brian M. Taillon<br>Andrew D. Lockton<br>McHale & Salvin, P.A.<br>2855 PGA Blvd.<br>Palm Beach Gardens, FL 33410<br><br>*Counsel for Plaintiff*<br><br>**VIA CM/ECF** | Gregory F. Wesner<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 9811-9402<br><br>*Counsel for Plaintiff*<br><br>**VIA CM/ECF**<br><br>/s/ [signature] |