UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60746-CIV-WILLIAMS

HIGHLAND PARK PLASTIC
SURGERY CENTER, LLC,

    Plaintiff,

vs.

JADE HOLDINGS GRP., LLC,
et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for dismissal with prejudice. (DE 42). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 28 day of November, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE